UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, et al.,<br><br>              Plaintiffs,<br>   v.<br><br>NORTHWEST STEELWORKS, LLC,<br><br>              Defendant. | CASE NO. C22-1540JLR<br><br>ORDER TO SHOW CAUSE |

Plaintiffs filed their complaint in this action against Defendant Northwest Steelworks, LLC ("Northwest Steelworks") on October 28, 2022. (Compl. (Dkt. # 1).) After the court granted Plaintiffs' motion for an extension of time to effectuate service of process (1/26/23 Order (Dkt. # 5)), Plaintiffs served Northwest Steelworks on February 15, 2023 (Aff. (Dkt. # 6)). The Clerk entered default against Northwest Steelworks on

ORDER - 1

March 10, 2023, on Plaintiffs' motion. (Entry of Default (Dkt # 9); Def. Mot. (Dkt. # 7).) Although the Clerk entered default over five months ago, Plaintiffs have not moved for default judgment nor taken any other actions in this case. (*See* Dkt.); *see also* Fed. R. Civ. P. 55(b) (describing two-step process for obtaining default judgment); Local Rules W.D. Wash. LCR 55(b) (same).

Accordingly, the court ORDERS Plaintiffs to SHOW CAUSE why this matter should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b) (authorizing dismissal with prejudice for failure to prosecute); *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986) (noting that a district court has "inherent power *sua sponte* to dismiss a case for lack of prosecution"). Plaintiffs shall, by no later than **August 24, 2023**, file either a response to this order to show cause or a motion for default judgment. Failure to timely respond to this order to show cause or file a motion for default judgment may result in the dismissal of this action with prejudice. *See Henderson*, 779 F.2d at 1423 (discussing factors that the court considers in determining whether to dismiss for failure to prosecute).

Dated this 14th day of August, 2023.

JAMES L. ROBART
United States District Judge

ORDER - 2