THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, ALASKA IRONWORKERS PENSION TRUST, NORTHWEST FIELD IRONWORKERS ANNUITY TRUST FUND, and PACIFIC NORTHWEST IRONWORKERS & EMPLOYERS APPRENTICESHIP & TRAINING TRUST FUND,<br><br>Plaintiffs,<br>v.<br><br>NORTHWEST STEELWORKS, LLC, an Alaska limited liability company, Alaska Entity Number 103516,<br><br>Defendant. | NO. 2:22-cv-01540-JLR<br><br>DEFAULT JUDGMENT   **JLR**<br>[~~PROPOSED~~] |

This matter is before the Court on the motion of Plaintiffs Boards of Trustees of the Northwest Ironworkers Health And Security Fund, Alaska Ironworkers Pension Trust, Northwest Field Ironworkers Annuity Trust Fund, and Pacific Northwest Ironworkers & Employers Apprenticeship & Training Trust Fund's motion for entry of default judgment against Defendant Northwest Steelworks, LLC.

DEFAULT JUDGMENT – 1
CAUSE NO. 2:22-cv-01540-JLR

The Court has reviewed the motion and supporting papers, as well as the pleadings, files, and court records in this matter. Being otherwise fully advised, the Court ORDERS:

1. The Plaintiffs' motion for entry of default judgment against Northwest Steelworks, LLC (Dkt. # 11) is GRANTED;

2. The Clerk of Court is directed to enter judgment for $49,565.32 against Northwest Steelworks, LLC consisting of the following amounts:

   a. $37,193.28 in delinquent fringe benefit contributions under ERISA for the October 2020 through November 2021 audit period;

   b. $5,944.25 in liquidated damages;

   c. $1,792.54 in prejudgment interest;

   d. $1,631.25 in audit accounting fees;

   e. $2,432.00 in attorney fees under 29 U.S.C. §1132(g)(2);

   f. $572.00 in costs;

3. Interest shall accrue on all outstanding contributions at the 11% or 18% interest rate as set forth in the applicable trust agreements;

4. The Clerk is directed to enter judgments against Northwest Steelworks, LLC consistent with this Order; and

5. The Clerk of Court is directed to close the case.

Dated this 28th day of August, 2023.

HONORABLE JAMES L. ROBART
United States District Judge

Presented by:
 /s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA #40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for Plaintiffs

DEFAULT JUDGMENT – 2
CAUSE NO. 2:22-cv-01540-JLR